JAMES HUNT MILLER (St.BarCal.# 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

JOSEPH RUSSIONELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, Jr. CSBN 189450
Special Assistant United States Attorney

    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, California 94102
    Tel:  (415) 977-8937
    Fax:  (415) 744-0134
    Email: elizabeth.firer@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Zoto,<br><br>    Plaintiff,<br><br>vs.<br><br>Michael Astrue, COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No.   CV 07-02972 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR COMPROMISE SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO EQUAL ACCESS TO JUSTICE ACT |

    The parties, through their respective counsel, stipulate for a compromise settlement of Plaintiff's claim for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), as follows:

    1.  Defendant shall pay to Plaintiff's counsel James Hunt Miller the total amount of TWO THOUSAND NINE HUNDRED FIFTY THREE DOLLARS

($2953.00), representing payment of all Plaintiff's claims for attorneys' fees and costs pursuant to the EAJA, in accordance with 28 U.S.C. § 2412(d). Because Plaintiff has assigned to the fee to her attorney James Hunt Miller, the payee will be James Hunt Miller.

2. This stipulation constitutes a compromise settlement of Plaintiff's request for attorneys fees pursuant to the EAJA, and does not constitute an admission of liability or fault on the part of Defendant under the EAJA. Payment of the $2953.00 shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorneys' fees and costs in this action. This compromise and award is without prejudice to the rights of Plaintiff's counsel to later seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to any applicable offset provisions. The parties jointly submit this matter with the proposed order below.

Date: 04-21-09          James Hunt Miller

                        /s/
                        James Hunt Miller
                        Attorney for Plaintiff

Date: April 21, 2009    Joseph Russionello
                        United States Attorney

                        /s/
                        Theophous H. Reagans, Jr.
                        Special Assistant United States Attorney
                        Attorneys for Defendant

ORDER (PROPOSED)

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant will pay to Plaintiff's Counsel, James Hunt Miller, as assignee of Plaintiff, the total amount of $2953.00, representing payment of all Plaintiff's claims for attorneys's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, and in accordance with 24 U.S.C. § 2412(d).

DATED: 4/24/09

U.S. District Judge Jeremy Fogel